IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                      **PLAINTIFF**

**V.**                    **CASE NO. 5:17-CR-50074**

**ARMANDO RODRIGUEZ**                      **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 48) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on June 17, 2020. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 48) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Amended Motion to Vacate pursuant to 28 U.S.C. § 2255 (Doc. 45) is **DENIED**.

**IT IS SO ORDERED** on this 2nd day of July, 2020.

                                       /s/ Timothy L. Brooks
                                       TIMOTHY L. BROOKS
                                       UNITED STATES DISTRICT JUDGE